# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cogburn, Jr., Max O. | U.S. District Court, North Carolina | 07/2/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Suite 319, 100 Otis Street
Asheville, NC 28801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Carolina Day School |
| 2. Board of Governors | Biltmore Forest Country Club, Inc. |
| 3. Executor | Estate II |
| 4. Trustee | Trust I |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/2/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Town of Biltmore Forest - Board Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | September 8-14, 2019 | Cambridge, MA | Trial Advocacy Workshop | Hotel, meals, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Farm Credit | Secured loan on family business property (1/4 of amount) | P1 |
| 2. HomeTrust Bank | Secured loan on office building (1/5 of amount) | O |
| 3. Wells Fargo | Credit Card | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/2/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Cogburn Family Properties, LLC Buncombe Co, NC- Land Holding | A | Rent | P1 | W | | | | | |
| 2. Ranchland Incorporated, Buncombe County, N.C. - Land Holding | A | Rent | P1 | W | | | | | |
| 3. Pisgah View Ranch, Inc. - Operating Business | | None | M | W | | | | | |
| 4. Pisgah Highland Conservancy LLC Buncombe Co NC-Land Holding | | None | M | R | | | | | |
| 5. Lincoln: Whole Life - (No Control) | A | Int./Div. | J | T | | | | | |
| 6. Fuse Science (formerly Double Eagle Stock) | | None | J | T | | | | | |
| 7. Ohio National: Universal Non-Variable (No Control) | C | Int./Div. | L | T | | | | | |
| 8. Estate II/assets transferred to Trust I (H) | | | | | | | | | |
| 9. -Cogburn Investments, LLC, Black Mountain, NC | E | Rent | P1 | V | | | | | |
| 10. -Fifth Third Bank acct | | None | M | T | | | | | |
| 11. -First Bank acct | | None | J | T | | | | | |
| 12. -Royal Bank of Canada Stock | A | Dividend | K | T | | | | | |
| 13. -Allstate Corp Common Stock | A | Dividend | K | T | | | | | |
| 14. -Parcel #1, Candler, NC | | None | O | V | | | | | |
| 15. -Parcel #2, Candler, NC (1/2 interest) | | None | M | V | | | | | |
| 16. -Parcel #3, Asheville, NC (1/4 interest) | | None | L | V | | | | | |
| 17. -Parcel #4, Asheville, NC (1/4 interest) | | None | K | V | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/2/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -Parcel #5, Candler, NC | | None | L | V | | | | | |
| 19.  -Parcel #6, Candler, NC (1/2 interest) | | None | K | V | | | | | |
| 20.  -Parcel #7, Candler, NC (1/2 interest) | | None | K | V | | | | | |
| 21.  -Parcel #8, Candler, NC (1/2 interest) | A | Rent | K | V | | | | | |
| 22.  -Parcel #9, Candler, NC (1/2 interest) | | None | K | V | | | | | |
| 23.  -Parcel #10, Haywood Co., NC (1/2 interest) | | None | K | V | | | | | |
| 24.  Merrill Lynch Managed Mutual Fund (IRA) (H) | | | | | | | | | |
| 25.  -Blackrock Eqty Dividend Fund Instl | A | Dividend | J | T | | | | | |
| 26. | | | | | Buy<br>(add'l) | 01/24/19 | J | | |
| 27. | | | | | Sold<br>(part) | 11/20/19 | J | A | |
| 28.  -Clearbridge Small Cap Fund Class I | A | Dividend | J | T | | | | | |
| 29. | | | | | Buy | 06/21/19 | J | | |
| 30. | | | | | Sold<br>(part) | 11/20/19 | J | A | |
| 31.  -Clearbridge Large Cap Growth Fund Class I | A | Dividend | J | T | | | | | |
| 32. | | | | | Sold<br>(part) | 01/24/19 | J | A | |
| 33. | | | | | Buy<br>(add'l) | 06/21/19 | J | | |
| 34. | | | | | Sold<br>(part) | 11/20/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/2/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 36.  -Edgewood Growth Fund Class Inst | A | Dividend | J | T | | | | | |
| 37. | | | | | Buy (add'l) | 01/24/19 | J | | |
| 38. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 39. | | | | | Sold (part) | 11/20/19 | J | A | |
| 40.  -Glenmede Small Cap Equity Fund Instl | A | Dividend | | | | | | | |
| 41. | | | | | Buy (add'l) | 01/24/19 | J | | |
| 42. | | | | | Sold | 06/21/19 | J | C | |
| 43.  -Hartford Schroders Emerg Mkts Equity Fund | A | Dividend | J | T | | | | | |
| 44. | | | | | Buy (add'l) | 01/24/19 | J | | |
| 45. | | | | | Sold (part) | 06/21/19 | J | A | |
| 46. | | | | | Sold (part) | 11/20/19 | J | A | |
| 47.  -ISHARES Russell 1000 Growth | A | Dividend | J | T | | | | | |
| 48. | | | | | Buy (add'l) | 01/24/19 | J | | |
| 49. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 50. | | | | | Sold (part) | 11/20/19 | J | A | |
| 51.  -ISHARES Russell 1000 Value | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/2/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 01/24/19 | J | | |
| 53. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 54. | | | | | Sold (part) | 11/20/19 | J | A | |
| 55.   -ISHARES Tr Core MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 56. | | | | | Sold (part) | 01/24/19 | J | A | |
| 57. | | | | | Sold (part) | 06/21/19 | J | A | |
| 58. | | | | | Sold (part) | 11/20/19 | J | A | |
| 59.   -MFS Value Fund Class I | A | Dividend | J | T | | | | | |
| 60. | | | | | Buy (add'l) | 01/24/19 | J | | |
| 61. | | | | | Sold (part) | 06/21/19 | J | A | |
| 62. | | | | | Sold (part) | 11/20/19 | J | A | |
| 63.   -Oppenheimer Internatl Growth Fun/Invesco Oppenheimer Intl Growth Fund | A | Dividend | J | T | | | | | |
| 64. | | | | | Sold (part) | 01/24/19 | J | A | |
| 65. | | | | | Sold (part) | 06/21/19 | J | A | |
| 66. | | | | | Sold (part) | 11/20/19 | J | A | |
| 67.   -The Oakmark International Fund | A | Dividend | J | T | | | | | |
| 68. | | | | | Sold (part) | 01/24/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/2/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/20/19 | J | A | |
| 70. | | | | | Buy (add'l) | 12/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/2/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1VII. Investments and Trusts, page 4, lines 1-4.

The first three entries in this section refer to two holding companies and an operating business for a contiguous piece of family owned real estate. The property is owned equally by my ▮▮▮▮▮▮▮ and me. The land is divided into two holding companies, Cogburn Family Properties, LLC and Ranchland Incorporated. The third company, Pisgah View Ranch, Inc. operates a guest ranch on the property. My ▮▮▮▮ and I own another separate piece of land, which is held in the Pisgah Highland Conservancy, LLC (see entry 4), the date of purchase was December 23, 2008 and the purchase price was $170,000.00.

VII. Investments and Trusts, page 4, line 9.

The value method used for the entry at line 9 was the amount of rent received, the location of the property and the fact that the renter built a building on the property at their own expense.

VII. Investments and Trusts, pages 4-5, lines 14-23.

The value method used for the entries on lines 14-23 was the tax value of each.

VII. Investments and Trust, page 7, line 63.

In April of 2019, the Oppenheimer International Growth Fund changed names to Invesco Oppenheimer International Growth Fund. This account will be referred to as Invesco Oppenheimer International Growth Fund on all future reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/2/2020 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:  s/ Max O. Cogburn, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544